IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**MARTIN POT and**
**SECOND AMENDMENT FOUNDATION** **PLAINTIFFS**

v. No. 3:13-cv-3102-TLB

**COLONEL STAN WITT, in his official**
**capacity as Director of the Arkansas**
**State Police** **DEFENDANT**

## STIPULATION TO ENTRY OF FINAL JUDGMENT, PERMANENT INJUNCTION, AND ATTORNEY'S FEES AND COSTS

Come now plaintiffs, Martin Pot and the Second Amendment Foundation, and defendant, Colonel Stan Witt, in his official capacity, and state:

1. Plaintiffs are challenging Arkansas Code Annotated § 5-73-309(1), which requires an applicant for a license to carry a concealed handgun to be a citizen of the United States. Plaintiffs allege that Arkansas Code Annotated § 5-73-309(1) is unconstitutional as applied to lawful permanent residents. Plaintiffs seek to enjoin defendant from enforcing Arkansas Code Annotated § 5-73-309(1) against lawful permanent residents.

2. The United States Citizenship and Immigration Services define a lawful permanent resident as any person not a citizen of the United States who is residing in the United States under legally recognized and lawfully recorded permanent residence as an immigrant.

3. The Fourteenth Amendment provides as follows: "Nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws." U.S. Const. amend. XIV. The United States Supreme Court has stated, "It has long been settled, and it is not disputed here, that the term

'person' in this context encompasses lawfully admitted resident aliens as well as citizens of the United States and entitles both citizens and aliens to the equal protection of the State in which they reside." *Graham v. Richardson*, 403 U.S. 365, 371 (1971).

4. Accordingly, the parties stipulate that the Court shall issue an order permanently enjoining defendant from enforcing Arkansas Code Annotated § 5-73-309(1) as applied to the application of lawful permanent residents to obtain a license to carry a concealed handgun provided that they are otherwise qualified under Arkansas's Concealed Handgun Statute, codified at Arkansas Code Annotated §§ 5-73-301 - 322.

5. Upon entry of a final order and permanent injunction, defendant shall allow Martin Pot and other lawful permanent residents residing in Arkansas to apply to obtain a license to carry a concealed handgun provided that they are otherwise qualified under Arkansas's Concealed Handgun Statute, codified at Arkansas Code Annotated §§ 5-73-301 – 322.

6. The parties have agreed, pursuant to 42 U.S.C. § 1988, to plaintiffs' requests for reasonable attorney's fees in the amount of $10,000.00 and costs in the amount of $726.41.

Agreed to on the 6th day of May, 2014.

                DUSTIN McDANIEL
                Attorney General

BY:  /s/ Mindy D. Pipkin
       Mindy D. Pipkin, #2004067
       Assistant Attorney General
       323 Center Street, Suite 200
       Little Rock, AR  72201-2610
       (501) 682-8219
       mindy.pipkin@arkansasag.gov

*Attorney for Colonel Stan Witt*

AND

        BY:    <u>/s/ David G. Sigale</u>
                David G. Sigale, Esq.
                739 Roosevelt Road, Suite 304
                Glen Ellyn, IL  60137
                Phone:  (630) 452-4547
                Fax:     (630) 596-4445
                dsigale@sigalelaw.com

                *Attorney for Martin Pot and the Second*
                *Amendment Foundation*